John D. Moore, Esq.
California State Bar No. 239407
LAW OFFICES OF MICHAEL B. SPRINGER
9628 Prototype Court
Reno, NV  89521
(775) 786-7445
FAX: (775) 786-7947
Attorney for Plaintiff
HYDROTECH, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HYDROTECH, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BARA INFOWARE, INC., a California corporation; U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation; and DOES I through x, inclusive,<br><br>　　　　Defendants.<br>_____/ | No. 1:09-CV-00069-OWW-SMS<br><br>**ORDER SHORTENING TIME TO HEAR MOTION TO WITHDRAW ADMISSIONS AND FOR LEAVE TO RESPOND TO REQUESTS FOR ADMISSION ON ORDER SHORTENING TIME**<br>(Fed.R.Civ.P. 36(b))<br><br>Hearing Date:<br>Hearing Time:<br>Courtroom: 3<br>Judge: Honorable Oliver W. Wanger |

　　　FOR GOOD CAUSE SHOWN, upon ex parte Application for Order Shortening Time, the Court hereby grants Plaintiff's Application and hereby Orders that the hearing on Hydrotech's Motion to Withdraw Admissions and for Leave to Respond to Requests for Admission be heard on August 3, 2009, at 10:00 am.  Any party opposing the Motion to Withdraw Admissions and for Leave to Respond to Requests for Admission shall file an Opposition within the time frames

MICHAEL B. SPRINGER
Fax (775) 786-7947

[Proposed] Order Shortening Time

1

permitted by law, 15 days prior to the date for hearing. Any reply to any opposition filed shall be served on all parties 7 days prior to the date for hearing.

IT IS SO ORDERED.

Dated: July 7, 2009                           /s/ OLIVER W. WANGER
                                              U.S. DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE & SERVICE BY U.S. MAIL**

Pursuant to FRCP 5, I certify that I am an employee of the Law Offices of Michael B. Springer, and that on the 2nd day of July, 2009, I electronically filed the foregoing document using the CM/ECF, which will send a notice of electronic filing to the following:

Gerald A. Slater
Michael J. Jurkovich, Esq.
5260 North Palm Avenue
Fresno, CA 93704
*Attorney for Bara Infoware*

Collin D. Cook, Esq.
400 North Tustin Ave., Suite 120
Santa Ana, CA 92705-3815
*Attorneys for Defendant U.S. Specialty Ins.*

I further certify that pursuant to FRCP 5, that on the 2nd day of July, 2009, I deposited into the U.S. Mail, at Reno, Nevada, a true and correct copy of the foregoing document addressed to the following:

Francis J. Lanak, Esq.
Lanak & Hanna, P.C.
400 North Tustin Ave., Suite 120
Santa Ana, CA 92705

_____
Genevieve DeLucchi

G:\docs\ATimken\Orders To Be Signed\09cv69.short.time.wpd

[Proposed] Order Shortening Time

3