MICHAEL J. JURKOVICH  148895
G. ANDREW SLATER  238126
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500

Attorneys for **Defendant,
BARA INFOWARE, INC.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| HYDROTECH, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BARA INFOWARE, INC., a California corporation; U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation; and DOES I through X, inclusive,<br><br>Defendants. | Case No.: 1:09-CV-00069-OWW-SMS<br><br>**ORDER RE: HYDROTECH INC.'S MOTION TO WITHDRAW ADMISSIONS AND FOR LEAVE TO RESPOND TO REQUESTS FOR ADMISSION AND HYDROTECH INC.'S MOTION TO BE RELIEVED AS COUNSEL**<br><br>Date:      August 3, 2009<br>Time:      10:00 a.m.<br>Courtroom: 3<br>Judge:     Honorable Oliver W. Wanger |

The motion of plaintiff HYDORTECH, INC. ("Hydrotech") to Withdraw Admissions and for Leave to Respond to Requests for Admission, and the motion of John D. Moore, Esq. to be relieved as counsel for Hydrotech came on for hearing before the Honorable Oliver W. Wanger at the hour of 10:00 a.m. on August 3, 2009.  John D. Moore of the Law Offices of Michael B. Springer appeared on behalf of HYDROTECH, INC. ("Hydrotech").  G. Andrew Slater of Kimble, MacMichael & Upton, a professional corporation, appeared on behalf of defendant BARA INFOWARE, INC. ("Bara").  Collin D. Cook of Lanak & Hanna, P.C., appeared on behalf of defendant U.S. SPECIALTY INSURANCE COMPANY ("USSIC").  The

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA  93792-9489

PDF created with pdfFactory trial version www.pdffactory.com

court having reviewed the documents and papers herein, and good cause appearing therefore:

**IT IS HEREBY ORDERED**, that Hydrotech's motion to Withdraw Admissions and for Leave to Respond to Requests for Admission is granted and its admissions withdrawn.

**IT IS FURTHER ORDERED**, that John D. Moore's motion to be relieved as counsel for Hydrotech is granted and Hydrotech is ordered to secure new legal counsel and file with this Court a Substitution of Attorney identifying its new legal counsel on or before August 13, 2009.

**IT IS FURTHER ORDERED**, that Hydrotech serve Bara with amended responses to Bara's Request for Admissions, Set One; and that Hydrotech must serve Bara with responses to all outstanding written discovery propounded by Bara in the above action (Request for Production of Documents, Set One and Set Two, and Special Interrogatories, Set One) on or before August 28, 2009.

**IT IS FURTHER ORDERED**, that Hydrotech file any Opposition to Bara's pending Motion for Summary Judgment on or before September 11, 2009.

**IT IS FURTHER ORDERED**, that Bara's Motion for Summary Judgment be heard on September 28, 2009, in Courtroom 3 of this Court at 10:00 a.m.

The Court reserves the right to rule on the issue of sanctions against Hydrotech as requested in Bara's Opposition to Hydrotech's Motion to Withdraw Admissions and for Leave to Respond to Requests for Admission.

Dated: 8/10/2009         /s/ OLIVER W WANGER
                         HONORABLE OLIVER W. WANGER
                         UNITED STATES DISTRICT COURT JUDGE

1167901. 00078360.000

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

PDF created with pdfFactory trial version www.pdffactory.com