Patrick T. Markham - Bar No. 114542
**JACOBSON MARKHAM, L.L.P.**
8950 Cal Center Drive, Suite 210
Sacramento, CA 95826
Tel: (916) 854-5969
Fax: (916) 854-5965

Attorneys for Plaintiff
HYDRO TECH, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| HYDROTECH, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>BARA INFOWARE, INC., a California corporation; U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation; and DOES I through X, inclusive,<br><br>Defendants. | Case No: 1:09-cv-00069-OWW-SMS<br><br>**STIPULATION TO AMEND SCHEDULING ORDER** |

The parties agree to amend certain pre-trial deadlines in order to afford the parties more time to discuss settlement and complete discovery in this case.

THEREFORE, it is hereby stipulated by and between the parties through their counsel of record that the scheduling order may be amended and that the following dates shally apply, and all existing dates shall be vacated to the extent they are inconsistent with the following:

| | |
|---|---|
| **Expert Disclosure:** | **December 7, 2009** |
| **Supplemental Expert Disclosure:** | **December 14, 2009** |
| **Discovery Cut-Off:** | **December 18, 2009** |

PDF created with pdfFactory trial version www.pdffactory.com

All other provisions of the April 17, 2009 Scheduling Order not inconsistent with the above dates are to remain in effect.

IT IS SO STIPULATED.

Dated: November 3, 2009                JACOBSON MARKHAM LLP


By /s/ Patrick T. Markham
PATRICK T. MARKHAM, SBN 114542
Attorneys for Plaintiff HYDRO TECH, INC.

Dated: November 3, 2009                KIMBLE, MacMICHAEL & UPTON


By /s/ G. Andrew Slater (as authorized on 11/03/09)
G. ANDREW SLATER, SBN 238126
Attorneys for Defendant BARA INFOWARE, INC.

Dated: November 3, 2009                LANAK & HANNA, P.C.


By /s/ Collin D. Cook  (as authorized on 11/03/09)
COLLIN D. COOK, SBN 251606
Attorneys for Defendant U.S. SPECIALTY INSURANCE

**IT IS SO ORDERED.**

Dated: November 3, 2009___            /s/ OLIVER W. WANGER
                                      UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com