Patrick T. Markham - Bar No. 114542
**JACOBSON MARKHAM, L.L.P.**
8950 Cal Center Drive, Suite 210
Sacramento, CA 95826
Tel: (916) 854-5969
Fax: (916) 854-5965

Attorneys for Plaintiff
HYDRO TECH, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| HYDROTECH, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>BARA INFOWARE, INC., a California corporation; U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation; and DOES I through X, inclusive,<br><br>Defendants. | Case No: 1:09-cv-00069-OWW-SKO<br><br>**STIPULATION AND ORDER OF DISMISSAL (FINAL)** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

The terms of the Stipulation and Conditional Order of Dismissal (previously filed with the court) have been satisfied. The parties stipulate to the dismissal of the action with prejudice. Each party is to bear its own attorneys' fees and costs, except as provided for in the Settlement Agreement and Release dated December 28, 2009 and executed by all of the parties.

///

///

-1-

**STIPULATION AND ORDER OF DISMISSAL (FINAL)**

IT IS HEREBY STIPULATED.

Dated: April 13, 2010                         JACOBSON MARKHAM LLP


                                              By /s/ Patrick T. Markham
                                              PATRICK T. MARKHAM, SBN 114542
                                              Attorneys for Plaintiff  HYDRO TECH, INC.

Dated: April 13, 2010                         KIMBLE, MacMICHAEL & UPTON


                                              By /s/ Michael Jurkovich (as authorized on 4/13/10 )
                                              MICHAEL JURKOVICH, SBN 238126
                                              Attorneys for Defendant BARA INFOWARE, INC.

Dated: April 14, 2010                         LANAK & HANNA, P.C.


                                              By /s/ Collin D. Cook  (as authorized on 4/14/10)
                                              COLLIN D. COOK, SBN 251606
                                              Attorneys for Defendant U.S. SPECIALTY INSURANCE


## ORDER

The court accepts the above Stipulation, and IT IS HEREBY ORDERED the action is dismissed with prejudice.   The parties shall bear their own attorneys' fees and court costs, except as provided for in the Settlement Agreement and Release dated December 28, 2009 and executed by all of the parties.

IT IS SO ORDERED.

   Dated:   **April 15, 2010**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE